IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Leyh, William George | Case Number: 06 B 06352 |
|---|---|---|
| | Leyh, Nancy Linn | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 6/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 67,171.08 | |
| Secured: | | 57,788.26 |
| Unsecured: | | 0.00 |
| Priority: | | 768.49 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 3,341.61 |
| Other Funds: | | 3,272.72 |
| Totals: | 67,171.08 | 67,171.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Option One Mortgage Corp | Secured | 37,356.00 | 37,356.00 |
| 3. | Household Financial Corporation | Secured | 5,588.00 | 5,588.00 |
| 4. | Future Finance | Secured | 4,236.52 | 4,236.52 |
| 5. | Monterey Financial Services | Secured | 847.74 | 847.74 |
| 6. | Household Financial Corporation | Secured | 1,224.10 | 1,020.00 |
| 7. | Option One Mortgage Corp | Secured | 11,925.56 | 8,740.00 |
| 8. | National Educational Music Company | Priority | 768.49 | 768.49 |
| 9. | Future Finance | Unsecured | 222.20 | 0.00 |
| 10. | American General Finance | Unsecured | 3,130.72 | 0.00 |
| 11. | Ginny's | Unsecured | 87.96 | 0.00 |
| 12. | Nicor Gas | Unsecured | 1,582.99 | 0.00 |
| 13. | Capital One | Unsecured | 648.42 | 0.00 |
| 14. | Seventh Avenue | Unsecured | 381.29 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 1,395.63 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 837.62 | 0.00 |
| 17. | Americredit Financial Ser Inc | Unsecured | 9,098.19 | 0.00 |
| 18. | AmeriCash Loans, LLC | Unsecured | 2,849.07 | 0.00 |
| 19. | Monterey Financial Services | Unsecured | 100.98 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,389.49 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 297.69 | 0.00 |
| 22. | Credit Bank | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 85,968.66 | $ 60,556.75 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Leyh, William George<br>Leyh, Nancy Linn<br>Printed:  6/24/08 | Case Number:  06 B 06352<br>Judge:  Wedoff, Eugene R<br>Filed:  6/1/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 362.24 |
| 4.8% | 869.63 |
| 5.4% | 1,940.11 |
| 6.5% | 169.63 |
| | _____ |
| | $ 3,341.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

